**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| AMANDA CERNY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:21-cv-01243-GMN-BNW |
| vs. ) | |
| ) | **ORDER** |
| CANAIMA, LLC d/b/a LA RUMBA ) | |
| NIGHTCLUB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 17), of United States Magistrate Judge Brenda Weksler, which recommends granting the Motion for Default Judgment, (ECF No. 8), filed by Plaintiffs Amanda Cerny, *et al.* ("Plaintiffs").

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 17) (setting an August 25, 2022, deadline for objections).  The Court, thus, accepts

and adopts in full the R&R and grants Plaintiffs' Motion for Default Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 17), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment, (ECF No. 8), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __26__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court