AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Amanda Cerny et al.,

              DEFAULT JUDGMENT IN A CIVIL CASE

      Plaintiffs,

  v.            Case Number: 2:21-cv-01243-GMN-BNW

Canaima LLC d/b/a La Rumba Nightclub

      Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plaintiffs, Amanda Cerny, Jessica Hinton, Lina Posada, Carissa Rosario, Monica Leigh Burkhardt, Rosa Acosta, and Claudia Sampedro, against Defendant, Canaima LLC d/b/a La Rumba Nightclub. Defendant, Canaima LLC d/b/a La Rumba Nightclub, Ordered to pay Plaintiffs $400,000 in actual damages. This case is now closed.

8/29/2022 _____      ___ DEBRA K. KEMPI ___
Date               Clerk

                /s/ T. Roush-Wallace ___
                Deputy Clerk